TRINETTE G. KENT (State Bar No. 025180)
3219 E Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Anthony Paronich
Email: anthony@broderick-law.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510

Chris R. Miltenberger
Email: chris@crmlawpractice.com
Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092
Telephone: (817) 416-5060

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF ARIZONA

| | |
|---|---|
| SYLVIA MORRIS and JON POWELL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiffs<br><br>vs.<br><br>NATIONAL CASH OFFER, LLC<br><br>    Defendant. | Case No. CV-19-01661-PHX-DLR<br><br>**Plaintiffs' Notice of Settlement** |

Plaintiffs Sylvia Morris and Jon Powell inform the Court that a settlement of all claims has been reached. Plaintiffs request 30 days to finalize the settlement.

### CERTIFICATE OF SERVICE

I, Chris Miltenberger, hereby certify that on December 2, 2021, the foregoing was filed with the Court's ECF system.

By: /s/ Chris Miltenberger
Chris Miltenberger