# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sylvia Morris, et al., | No. CV-19-01661-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| National Cash Offer LLC, | |
| Defendant. | |

The Court has been advised that this case has settled.

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed within **30 days** of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** that any pending hearings are vacated.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **January 3, 2022**, without further leave of Court.

Dated this 3rd day of December, 2021.

Douglas L. Rayes
United States District Judge