Sublime Law, PLLC
Brittany Burback
2 North Central Avenue
Suite 1800
Phoenix, AZ 85004
(888) 689-8972
Brittany@sublimelawfirm.com

```
            FILED        LODGED
            RECEIVED     COPY

            DEC 16 2021
        CLERK U S DISTRICT COURT
            DISTRICT OF ARIZONA
        BY                  DEPUTY
```

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Morris et al,<br>Plaintiffs<br><br>Vs.<br><br>National Cash Offer LLC,<br>Defendant. | No: 2:19-cv-01661-DLR<br><br>**NOTICE** |

In accordance with LRCiv 83.2(d) of the Rules of Practice of the United States District Court for the District of Arizona, the undersigned hereby certifies that the requisite written notice and information has been provided to Plaintiffs. The last known address and telephone number of Plaintiffs is as follows:

National Cash Offer

531 E Bethany Home Rd, Phoenix, AZ 85012

602-900-8957

///


///


DATED this 9 day of December, 2021.

| | |
|---|---|
| 1 | I certify that on December 9, 2021, |
| 2 | I attempted to electronically transmit the attached document |
| 3 | to the Clerk's Office using the |
| 4 | CM/ECF System for filing and transmittal of a Notice of Electronic |
| 5 | Filing to the following; however, because said |
| 6 | privileges are temporarily suspended, a copy has been mailed to the Clerk's Office |
| 7 | on December 15, 2021. |
| 8 | |
| 9 | Chris Miltenberger, Esq. Law Office of Chris R. Miltenberger, PLLC |
| 10 | 1360 N. White Chapel Blvd., Suite 200 |
| 11 | Soulake, Texas 76092 817-416-5060 |
| 12 | *Attorney for Morris Plaintiffs* |
| 13 | |
| 14 | /s/ *Kami Lopez* |
| 15 | |

3