1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Sublime Law, PLLC
/s/ *Brittany Burback*
Brittany Burback
2 North Central Avenue
Suite 1800
Phoenix, AZ 85004
*Attorneys for Plaintiffs*