# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sylvia Morris, et al., | No. CV-19-01661-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| National Cash Offer LLC, | |
| Defendant. | |

On December 1, 2021, Judge Dominic W. Lanza ordered attorney Brittany Burback suspended from the practice of law in the District of Arizona for a period of six months. (Doc. 64 in *Offerpad Incorporated, et al., v. Alfredo Saenz, et al.*, No. CV-20-00668-PHX-DWL.) Judge Lanza advised Ms. Burback of her notification obligations under Local Rule of Civil Procedure 83.2(d), which provides as follows:

> (d) Notice to Clients. Within seven (7) days of the date of the sending of a notice of suspension or a notice of other action by the Court, the attorney must file in each action pending before this Court in which the attorney currently is counsel of record a notice (1) setting forth the client's full name and last known mailing address and telephone number and (2) certifying that:
>
> (1) the attorney has notified the attorney's client involved in the action in writing of (A) the specific limitations or conditions the Court has imposed upon the attorney, including suspension or disbarment; (B) the status of the action, including the dates and times of any hearings or trial settings, existing deadlines set forth in Court Orders and the possibility of sanctions for failure to comply with those deadlines; and (C) if applicable, the attorney's inability to provide continuing representation in the action because the attorney has been

suspended or disbarred; or

(2) the attorney's client cannot be located or for whatever other reason cannot be provided notice as required by this Local Rule.

Ms. Burback is counsel of record for Defendant in this matter. On December 16, 2021, the Court received the requisite notice from Ms. Burback under LRCiv 83.2(d). Accordingly,

**IT IS ORDERED** that the Clerk of the Court is directed to terminate Ms. Burback as counsel for Defendant in this matter. Defendant is advised that, as an LLC, it may not appear in federal court except through licensed counsel. *See Rowland v. Calif. Men's Colony*, 506 U.S. 194, 202 (1993); *Multi-Denominational Ministry of Cannabis and Rastafari, Inc. v. Holder*, 365 Fed. App'x 817, 819 (9th Cir. 2010).

Dated this 16th day of December, 2021.

Douglas L. Rayes
United States District Judge